UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT SMITH, JR., <br><br>                Plaintiff, <br><br>   v. <br><br> THE STATE OF WASHINGTON, *et al.*, <br><br>                Defendants. | Case No.  C07-5135 FDB/KLS <br><br> ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Defendants' motion to stay all discovery pending a ruling on their motion to revoke Plaintiff's *in forma pauperis* status. (Dkt. # 19).

**I.  DISCUSSION**

Defendants have filed a motion to revoke Plaintiff's *in forma pauperis status* pursuant to 28 U.S.C. § 1915(g), on the grounds that Plaintiff has on more than three occasions brought an action or appeal that was determined to be frivolous, malicious or failed to state a claim. (Dkt. # 17).    That motion is noted on the Court's docket for August 24, 2007.

In the interim, Plaintiff has served Defendants' counsel with a request for production of documents, two sets of interrogatories, and has filed a motion to take the deposition of witnesses at the government's expense. (Dkt. # 16).  Defendants contend that this discovery should be stayed until it has

ORDER
Page - 1

been determined whether this matter will proceed. Defendants also note that Plaintiff has previously had his *in forma pauperis* status revoked and then subsequently failed to pay the filing fee. (Dkt. # 17, Exh. 1, Attach. R).

The court has broad discretionary powers to control discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Upon showing of good cause, the court may deny or limit discovery. Fed. R. Civ. P. 26(c). It appears to the Court that there is good cause to stay all discovery in this matter until the Court has ruled on Defendants' motion to revoke Plaintiff's *in forma pauperis* status and has determined whether this matter shall proceed.

Accordingly, Defendants' motion for a stay of discovery (Dkt. # 19) is **GRANTED**; all discovery, including Plaintiff's motion for deposition (Dkt. # 16) shall be **STAYED** until the Court has ruled on Defendants' motion to revoke Plaintiff's *in forma pauperis status* (Dkt. # 17). The Clerk of the Court is instructed to send copies of this Order to the Plaintiffs and counsel for the Defendants.

DATED this  30th  day of August, 2007.

Karen L. Strombom
United States Magistrate Judge