UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SMITH, JR.,

    Plaintiff,

v.

THE STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No.  C07-5135 FDB/KLS

ORDER DIRECTING CLERK TO RE-NOTE PLAINTIFF'S MOTION TO APPOINT COUNSEL

Before the Court is Plaintiff's motion to appoint counsel.  (Dkt. # 20).  On September 4, 2007, the Court issued its Report and Recommendation, recommending that Defendants' motion to revoke Plaintiff's *in forma pauperis* status (Dkt. # 17) be granted and that the District Court dismiss the Plaintiff's complaint unless the Plaintiff pays the $350.00 filing fee within thirty days of the District Court's Order directing payment.

Accordingly, the Clerk of the Court is directed to **re-note** Plaintiff's motion to appoint Counsel (Dkt. # 20) until **December 14, 2007.**   The Clerk of the Court is instructed to send copies of this Order to the Plaintiff and to counsel for the Defendants.

DATED this  17th  day of September, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1