# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT SMITH, JR.

       v.

THE STATE OF WASHINGTON, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5135FDB/KLS

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Magistrate Judge's Report and Recommendation is approved and adopted.

2. Defendant's motion to revoke plaintiff's in forma pauperis status (Dkt #17) is GRANTED.

3. Plaintiff shall pay the required filing fee ($350.00) to the Clerk of the Court within 30 days of the date of this order, otherwise this action will be dismissed.

October 3, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk