# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT SMITH, JR.

           **JUDGMENT IN A CIVIL CASE**

    v.

WASHINGTON STATE, et al.           CASE NUMBER: C07-5135FDB/KLS

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's complaint is DISMISSED for failure to pay the filing fee by 11/2/07 per docket entry #29 (ORDER ADOPTING REPORT AND RECOMMENDATIONS REVOKING IN FORMA PAUPERIS STATUS).


December 10, 2007                    BRUCE RIFKIN
                                                            Clerk

                                                             s/ D. Forbes
                                                            By, Deputy Clerk